1 | JENNIFER E. BENESIS, CA BAR  219559
2 | JASON WONG, AZ BAR 024940, Counsel for Service
  | National Labor Relations Board, Region 20
3 | 450 Golden Gate Avenue
  | Floor 3, Suite 3112
4 | San Francisco, California 94102
  | Telephone Number: (628) 221-8836

5 | Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN C. SCHNEIDER, Former Acting Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>ECO-ALPHA ENVIRONMENTAL AND ENGINEERING SERVICES,<br><br>Respondent. | Civil No.  3:25-mc-80168<br><br>STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE CASE UNDER SECTION 10(j) OF THE NATIONAL LABOR RELATIONS ACT, AS AMENDED [29 U.S.C. SECTION 160(j)<br><br>Date: September 3, 2025<br>Time: 2:00 p.m.<br>Judge: William H. Orrick<br>Courtroom: 2 |

PLEASE TAKE NOTICE that Petitioner, Acting Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board (Petitioner), Respondent Eco-Alpha Environmental And Engineering Services (Respondent), and the Charging Party Marine Engineers Beneficial Association, District No. 1- PCD, have entered into a National Labor Relations Board settlement agreement whereby Respondent has

Page 1                                         Stipulation and Order to Dismiss

agreed to restore the status quo during the pendency of the administrative proceedings in Cases 20-CA-354550 and 20-CA-357111 by, among other things, recognizing and bargaining in good faith with the Union, rescinding unilateral changes to employment terms, restoring unilaterally discontinued terms, and signing a stipulation dismissing without prejudice the instant Petition for Temporary Injunction Under Section 10(j) of the National Labor Relations Act, as amended [29 U.S.C. § 151 et seq. (2012)] (the Act). However, Petitioner reserves the right to move the Court to reopen this case in the event of Respondent's noncompliance with the terms of the settlement agreement. Accordingly, Petitioner and Respondent hereby file this Stipulation of Dismissal of the above-entitled proceeding pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, seeking voluntary dismissal without prejudice.

SO STIPULATED AND AGREED TO BY:

9/4/2025

Date                           Counsel for Petitioner

9/4/2025

Date                           Counsel for Respondent

The parties' Stipulation and Order to Dismiss Without Prejudice Case Under Section 160(j) of the Act is hereby granted.

Page 2                         Stipulation and Order to Dismiss

IT IS SO ORDERED:

*[signature]*

Judge William H. Orrick

United States District Judge

DATED: September 5, 2025